IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONVERSE INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 24-cv-00642 <br><br> **Judge Martha M. Pacold** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

**MOTION FOR LEAVE TO AMEND SCHEDULE A
TO THE COMPLAINT INSTANTER**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Converse Inc. ("Plaintiff" or "Converse"), by its counsel, file this Motion requesting leave to file an Amended Schedule A to the Complaint *instanter*, to dismiss the following defendant from this action, who have resolved all underlying claims with Plaintiff:

| Defendant Name | Line No. |
|---|---|
| LiChuanShiMiaoGeYueDiWangLuoKeJiYouXianGongSi | 59 |

Plaintiff is specifically requesting leave to file an Amended Schedule A that will reflect all remaining defendants in this action. Plaintiff respectfully request leave to file an Amended Schedule A to the Complaint *instanter*.

Case: 1:24-cv-00642 Document #: 40 Filed: 02/29/24 Page 2 of 2 PageID #:2035

2

Dated this 29th day of February 2024.	Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Converse Inc.*