IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONVERSE INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 24-cv-00642 <br><br> **Judge Martha M. Pacold** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

## JOINT MOTION TO SEVER DEFENDANT CUBUFLY

Pursuant to Fed. R. Civ. P. 21, Plaintiff Converse Inc. ("Plaintiff") and Defendant Cubufly (Def. No. 44) ("Defendant") (collectively, the "Parties") respectfully request that this Court sever Defendant into a related case. The Parties request that this Court direct the Clerk to open a new case and place the documents at Docket Nos. 1-28, 34-36, 39 on the docket of the severed case, but list only Defendant as a named Defendant, and assign the case to this Court as related to this case (24-cv-00642). *See Zinkia Entertainment v. The Partnerships, et al.*, No. 23-cv-00780 (N.D. Ill. Feb. 8, 2023) (Dkt. No. 1) (Pacold, J.) (unpublished).[1] Plaintiff will then pay the filing fee for the new lawsuit, and file an Amended Complaint as to Defendant in the new lawsuit within twenty-one (21) days of the new lawsuit being opened. *Id.* Defendant also moves to withdraw its pending Motion to Sever [29] and the Parties request this Court strike the briefing schedule set by [37].

---

[1] Attached hereto as **Exhibit 1** is a true and correct copy of the unpublished decision cited in this Motion.

Dated this 15th day of March 2024.  Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Converse Inc.*



/s/ Pete Wolfgram
Stratum Law LLC
2424 E. York St. Ste. 223
Philadelphia, PA 19125
*Attorney for Cubufly*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of March 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/EC system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Converse Inc.*