IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Converse Inc. | ) | |
| | ) | Case No. 24 C 642 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| The Partnerships and Unincorporated | ) | |
| Associations Identified on Schedule A | ) | |

# ORDER

    Joint motion to sever defendant Cubufly [43] is granted. The court severs plaintiff's claims against defendant Cubufly. The court requests that the Clerk of Court open a single separate lawsuit for plaintiff against Cubufly, assign a new case number to that case, and assign that case to this judge as related to this case (24-cv-00642). Once Cubufly is severed into a separate case, plaintiff will pay the filing fee, file an amended complaint in the new case (only involving Cubufly), and then Cubufly will have an opportunity to answer or otherwise plead to the complaint. Within 14 days of the opening of the new case, plaintiff and Cubufly should file a joint status report in that case regarding how the parties seek to proceed in that case and whether the parties request a status hearing and / or a referral to the assigned magistrate judge for discovery and / or settlement (the parties' consent is not required for such a referral, but having the parties' views on that topic would nonetheless assist the court). Plaintiff also requests that [1]–[28], [34]–[36], and [39] on this docket be placed on the docket of the severed case. That request is denied, but plaintiff and Cubufly may file any documents or motions on the docket of the severed case. Per the parties' joint request, see [43], Cubufly's motion to sever [29] is denied as moot and the briefing schedule set in [37] is stricken. Last, plaintiff should send an updated proposed preliminary injunction order that reflects this order to the proposed order inbox by 3/22/24.

Date: March 21, 2024                                          /s/ Martha M. Pacold