### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CONVERSE INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 24-cv-00642 <br><br> **Judge Martha M. Pacold** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

**MOTION FOR RECONSIDERATION OF ORDER [56]**

Plaintiff Converse, Inc. ("Plaintiff") moves this Honorable Court for reconsideration of its March 29, 2024 Order [56] because the Motion for Entry of a Preliminary Injunction as to Certain Defendants [34] is not moot.

On February 22, 2024, Plaintiff filed a Motion for entry of a Preliminary Injunction as to only Defendant Nos. 30-105 ("Plaintiff's PI Motion 30-105"). [34], [35]. Defendant Nos. 1-29 were excluded from Plaintiff's PI Motion 30-105 because the platform Alibaba.com had not yet returned email addresses for Defendant Nos. 1-29 and the TRO would have expired. On February 23, 2024, this Court took Plaintiff's PI Motion 30-105 under advisement, provided Defendant Nos. 30-105 a March 11, 2024 objection deadline, and extended the TRO up to and including the date on which the court adjudicates the motion. [39]. Defendants have not objected to entry of the preliminary injunction.

Plaintiff subsequently received the email addresses for Defendant Nos. 1-29. On March 28, 2024, Plaintiff filed a separate Motion for entry of a Preliminary Injunction as to only

1

Defendant Nos. 1-29 (Plaintiff's PI Motion 1-29"). [51], [52]. Defendant Nos. 30-105 were not part of Plaintiff's PI Motion 1-29.

On March 29, 2024, this Court denied Plaintiff's PI Motion 30-105 as moot. [56]. However, Plaintiff's PI Motion 30-105 is not moot. Plaintiff's PI Motion 30-105 seeks a preliminary injunction against Defendant Nos. 30-105 only, and should remain pending and be entered since no Defendants objected by the Court's March 11, 2024 deadline. As such, Plaintiff respectfully requests this Court reinstate and grant Plaintiff's PI Motion 30-105. Plaintiff expects to move for default judgment against all remaining Defendants within the next 30 days.

If this Court determines it is improper to have two pending motions for entry of a preliminary injunction as to different groups of defendants, Plaintiff withdraws Plaintiff's PI Motion 1-29 and requests this Court reinstate and grant Plaintiff's PI Motion 30-105.

Plaintiff requests oral argument to further clarify any remaining questions or concerns that the Court may have.

Dated this 1st day of April 2024.  Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Converse Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of April 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Converse Inc.*
