IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONVERSE INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 24-cv-00642<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

**MOTION FOR LEAVE TO AMEND SCHEDULE A
TO THE COMPLAINT INSTANTER**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Converse Inc. ("Plaintiff" or "Converse"), by its counsel, file this Motion requesting leave to file an Amended Schedule A to the Complaint *instanter*, to dismiss the following defendants from this action, who have resolved all underlying claims with Plaintiff:

| Defendant Name | Line No. |
|---|---|
| FZZZZZZ | 49 |
| SMS2020 | 73 |
| Stroll around | 75 |

Plaintiff is specifically requesting leave to file an Amended Schedule A that will reflect all remaining defendants in this action. Plaintiff respectfully request leave to file an Amended Schedule A to the Complaint *instanter*.

| | |
|---|---|
| Dated this 18th day of April 2024. | Respectfully submitted, |
| | /s/ Marcella D. Slay |
| | Amy C. Ziegler |
| | Justin R. Gaudio |
| | Marcella D. Slay |
| | Berel Y. Lakovitsky |
| | Greer, Burns & Crain, Ltd. |
| | 300 South Wacker Drive, Suite 2500 |
| | Chicago, Illinois 60606 |
| | 312.360.0080 / 312.360.9315 (facsimile) |
| | aziegler@gbc.law |
| | jgaudio@gbc.law |
| | mslay@gbc.law |
| | blakovitsky@gbc.law |
| | *Counsel for Plaintiff Converse Inc.* |