### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CONVERSE INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 24-cv-00642 <br><br> **Judge Martha M. Pacold** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

### MOTION FOR LEAVE TO AMEND SCHEDULE A
### TO THE COMPLAINT INSTANTER

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Converse Inc. ("Plaintiff" or "Converse"), by its counsel, file this Motion requesting leave to file an Amended Schedule A to the Complaint *instanter*, to dismiss the following defendant from this action, who have resolved all underlying claims with Plaintiff:

| Defendant Name | Line No. |
|---|---|
| Join Us | 101 |

Plaintiff is specifically requesting leave to file an Amended Schedule A that will reflect all remaining defendants in this action. Plaintiff respectfully request leave to file an Amended Schedule A to the Complaint *instanter*.

| | |
|---|---|
| Dated this 25th day of April 2024. | Respectfully submitted, |
| | /s/ Marcella D. Slay |
| | Amy C. Ziegler |
| | Justin R. Gaudio |
| | Marcella D. Slay |
| | Berel Y. Lakovitsky |
| | Greer, Burns & Crain, Ltd. |
| | 300 South Wacker Drive, Suite 2500 |
| | Chicago, Illinois 60606 |
| | 312.360.0080 / 312.360.9315 (facsimile) |
| | aziegler@gbc.law |
| | jgaudio@gbc.law |
| | mslay@gbc.law |
| | blakovitsky@gbc.law |
| | *Counsel for Plaintiff Converse Inc.* |