# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Converse Inc.

                        Plaintiff,

v.

                        Case No.: 1:24−cv−00642

                        Honorable Martha M. Pacold

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 31, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion for leave to amend Schedule A to the complaint instanter, [86], by dropping defendants No. 104 CY Co.Ltd. and No. 105 YUFAN, is granted. Defendants No. 104 CY Co.Ltd. and No. 105 YUFAN are dismissed. Plaintiff has already filed the amended Schedule A on the docket. See [87]. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.